**858-14**

# ELECTRONIC RECORD

COA #   03-12-00315-CR          OFFENSE:   62.1

STYLE:   Clifford Bart Dunbar v. The State of Texas          COUNTY:   Travis

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   167th District Court

DATE: 06/13/14          Publish: NO   TC CASE #:   D-1-DC-12-904010

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Clifford Bart Dunbar v. The State of Texas          CCA #:   **858-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ____12/17/2014____          SIGNED: _____          PC: _____

JUDGE: ____Per Curiam____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**